# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 737 |
| | : | |
| ORDER AMENDING RULES 512, | : | SUPREME COURT RULES |
| 610, AND 612 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2017, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 46 Pa.B. 3944 (July 23, 2016):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 512, 610, and 612 of the Pennsylvania Rules of Juvenile Court Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.